# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: SNYDER, SUSAN M | § Case No. 09-71079 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/14/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2009          By:  /s/JOSEPH D. OLSEN_____
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

.

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SNYDER, SUSAN M | § | Case No. 09-71079 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 7,001.08

*and approved disbursements of*            $ 985.00

*leaving a balance on hand of* [1]          $ 6,016.08

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,450.11 | $ 76.49 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,136.25 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,710.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | $ 18,529.30 | $ 2,242.20 |
| 3 | Dell Financial Services L.L.C. | $ 1,130.71 | $ 136.83 |
| 4 | Premier Bankcard/Charter | $ 719.73 | $ 87.09 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 4,031.58 | $ 487.85 |
| 6 | Recovery Management Systems Corporation | $ 894.61 | $ 108.26 |
| 7 | Recovery Management Systems Corporation | $ 1,759.99 | $ 212.97 |
| 8 | PRA Receivables Management, LLC | $ 644.85 | $ 78.03 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                  Date Rcvd: Nov 20, 2009
Case: 09-71079                Form ID: pdf006            Total Noticed: 32
```

The following entities were noticed by first class mail on Nov 22, 2009.

```
db          +Susan M Snyder,   3001 W Loras Dr #1,   Freeport, IL 61032-6933
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Mark Zaleski,   Mark E. Zaleski, Attorney at Law,   10 N Galena Avenue #220,
              Freeport, IL 61032-4360
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13678382    +Card Service Center,   PO Box 6276,   Sioux Falls, SD 57117-6276
13678383    +Citi,   PO Box 6286,   Sioux Falls, SD 57117-6286
13678385     DFS Acceptance,   Payment Processing Center,   PO Box 6403,   Carol Stream, IL 60197-6403
14033981     Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
              Greenville, SC 29603-0390
13678384     Dell Preferred Account,   Payment Processing Center,   PO Box 6403,   Carol Stream, IL 60197-6403
13678386     First Premier Bank,   PO Box 5147,   Sioux Falls, SD 57117-5147
13678387     Ford Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
13678388    +Ford Motor Credit Company,   National Bankruptcy Service Center,   PO Box 537901,
              Livonia, MI 48153-7901
13732218    +Ford Motor Credit Company LLC,   P O Box 537901,   Livonia MI 48153-7901
13763548     Ford Motor Credit Company LLC,   c/o Steven L Nelson,   P O Box 3700,
              Rock Island, IL 61204-3700
13678389    +Freeport Health Network,   Central Business Office,   PO Box 268,   Freeport, IL 61032-0268
13678390     Freeport Health Network/Hospital,   Central Business Office,   PO Box 857,
              Freeport, IL 61032-0857
13678391    +Global Client Solutions, LLC,   PO Box 562,   Florence, CO 81226-0562
13678392     HSBC Card Services,   Payment Center,   PO Box 17313,   Baltimore, MD 21297-1313
13678393    +HSBC Retail Service,   PO Box 5243,   Carol Stream, IL 60197-5243
13678395     Kiwanas Manor,   Freeport, IL 61032
13678396     Menards,   Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
13678397     Orchard Bank,   Bankcard Services,   PO Box 17051,   Baltimore, MD 21297-1051
14400990    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Orchard Bank,
              POB 41067,   Norfolk VA 23541-1067
14272940    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
14168477    +Premier Bankcard/Charter,   PO BOX 2208,   Vacaville CA 95696-8208
13678398     Rocky Mountain Bank & Trust,   PO Box 61029,   Colorado Springs, CO 80960-1029
13678399    +Rogers Enterprises, Inc.,   PO Box 7207,   Chicago, IL 60680-7207
13678400     Sears Gold Mastercard,   PO Box 182156,   Columbus, OH 43218-2156
```

The following entities were noticed by electronic transmission on Nov 20, 2009.

```
13678394     E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2009 03:55:03     JC Penney,   PO Box 960090,
              Orlando, FL 32896-0090
14356030    +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
              Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14356032    +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
              Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13678401     E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2009 03:55:03     Wal-Mart,
              Monogram Credit Card Bank of GA,   PO Box 530928,   Atlanta, GA 30353-0928
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**              **Signature:** _Joseph Speetjens_