# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: SNYDER, SUSAN M | § Case No. 09-71079 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,076.00 | Assets Exempt: $6,526.00 |
| Total Distribution to Claimants: $3,353.23 | Claims Discharged Without Payment: $24,357.54 |
| Total Expenses of Administration: $3,647.85 | |

3) Total gross receipts of $ 7,001.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,001.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $18,529.30 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,647.85 | 3,647.85 | 3,647.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 27,710.77 | 27,710.77 | 3,353.23 |
| TOTAL DISBURSEMENTS | $0.00 | $49,887.92 | $31,358.62 | $7,001.08 |

4) This case was originally filed under Chapter 7 on March 23, 2009. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2010        By: /s/JOSEPH D. OLSEN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ford Fusion | 1129-000 | 7,000.00 |
| Interest Income | 1270-000 | 1.08 |
| **TOTAL GROSS RECEIPTS** | | **$7,001.08** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4110-000 | N/A | 18,529.30 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$18,529.30** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,450.11 | 1,450.11 | 1,450.11 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 76.49 | 76.49 | 76.49 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,136.25 | 1,136.25 | 1,136.25 |
| Action Auctioneering | 3610-000 | N/A | 985.00 | 985.00 | 985.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,647.85 | 3,647.85 | 3,647.85 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 7100-000 | N/A | 18,529.30 | 18,529.30 | 2,242.20 |
| Dell Financial Services L.L.C. | 7100-000 | N/A | 1,130.71 | 1,130.71 | 136.83 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Premier Bankcard/Charter | 7100-000 | N/A | 719.73 | 719.73 | 87.09 |
| PYOD LLC its successors and assigns as assignee of Recovery Management Systems Corporation | 7100-000 | N/A | 4,031.58 | 4,031.58 | 487.85 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 894.61 | 894.61 | 108.26 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 1,759.99 | 1,759.99 | 212.97 |
| PRA Receivables Management, LLC | 7100-000 | N/A | 644.85 | 644.85 | 78.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 27,710.77 | 27,710.77 | 3,353.23 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-71079  
**Case Name:** SNYDER, SUSAN M  
**Period Ending:** 02/10/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/23/09 (f)  
**§341(a) Meeting Date:** 04/30/09  
**Claims Bar Date:** 09/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on person | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account with Midwest Bank, Freeport, Ill | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Citizens State Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture, furnishings, appliances, and misc. ot | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures, videos, music cds and misc. oth | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Debtor's clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Rings, watches and misc. other items | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. items | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Monthly pension from Goodyear | 672.00 | 0.00 | DA | 0.00 | FA |
| 10 | Monthly pension from Newell Rubbermaid | 429.00 | 0.00 | DA | 0.00 | FA |
| 11 | Monthly social security | 1,425.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Ford Fusion | 9,500.00 | 8,000.00 | | 7,000.00 | FA |
| 13 | Misc. household tools & implements | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.08 | FA |
| 14 | Assets Totals (Excluding unknown values) | $16,576.00 | $8,000.00 | | $7,001.08 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 30, 2009  
**Current Projected Date Of Final Report (TFR):** November 19, 2009 (Actual)

Printed: 02/10/2010 12:30 PM V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-71079 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SNYDER, SUSAN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****00-65 - Money Market Account |
| Taxpayer ID #: | 54-6849602 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/09 | {12} | Action Auctioneering | Proceeds for 06 Ford Fusion | 1129-000 | 7,000.00 | | 7,000.00 |
| 07/23/09 | | To Account #********0066 | Per 7/22 Order to pay auctioneer | 9999-000 | | 985.00 | 6,015.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,015.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,015.52 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,015.76 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,016.00 |
| 11/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.08 | | 6,016.08 |
| 11/10/09 | | To Account #********0066 | Prep. of F. Rpt (under $10,000) | 9999-000 | | 6,016.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,001.08 | 7,001.08 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,001.08 | |
| Subtotal | | 7,001.08 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,001.08 | $0.00 | |

{} Asset reference(s)    Printed: 02/10/2010 12:30 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71079 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SNYDER, SUSAN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****00-66 - Checking Account |
| Taxpayer ID #: | 54-6849602 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/09 | | From Account #*********0065 | Per 7/22 Order to pay auctioneer | 9999-000 | 985.00 | | 985.00 |
| 07/23/09 | 101 | Action Auctioneering | Per Ct. Order of 7/22 | 3610-000 | | 985.00 | 0.00 |
| 11/10/09 | | From Account #*********0065 | Prep. of F. Rpt (under $10,000) | 9999-000 | 6,016.08 | | 6,016.08 |
| 12/15/09 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,450.11, Trustee Compensation; Reference: | 2100-000 | | 1,450.11 | 4,565.97 |
| 12/15/09 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,136.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,136.25 | 3,429.72 |
| 12/15/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $76.49, Trustee Expenses; Reference: | 2200-000 | | 76.49 | 3,353.23 |
| 12/15/09 | 105 | Ford Motor Credit Company LLC | Dividend paid 12.10% on $18,529.30; Claim# 2; Filed: $18,529.30; Reference: | 7100-000 | | 2,242.20 | 1,111.03 |
| 12/15/09 | 106 | Dell Financial Services L.L.C. | Dividend paid 12.10% on $1,130.71; Claim# 3; Filed: $1,130.71; Reference: | 7100-000 | | 136.83 | 974.20 |
| 12/15/09 | 107 | Premier Bankcard/Charter | Dividend paid 12.10% on $719.73; Claim# 4; Filed: $719.73; Reference: | 7100-000 | | 87.09 | 887.11 |
| 12/15/09 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 12.10% on $4,031.58; Claim# 5; Filed: $4,031.58; Reference: | 7100-000 | | 487.85 | 399.26 |
| 12/15/09 | 109 | Recovery Management Systems Corporation | Dividend paid 12.10% on $894.61; Claim# 6; Filed: $894.61; Reference: | 7100-000 | | 108.26 | 291.00 |
| 12/15/09 | 110 | Recovery Management Systems Corporation | Dividend paid 12.10% on $1,759.99; Claim# 7; Filed: $1,759.99; Reference: | 7100-000 | | 212.97 | 78.03 |
| 12/15/09 | 111 | PRA Receivables Management, LLC | Dividend paid 12.10% on $644.85; Claim# 8; Filed: $644.85; Reference: | 7100-000 | | 78.03 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,001.08 | 7,001.08 | $0.00 |
| Less: Bank Transfers | 7,001.08 | 0.00 | |
| Subtotal | 0.00 | 7,001.08 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $7,001.08 | |

| Net Receipts: | 7,001.08 |
|---|---|
| Net Estate: | $7,001.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****00-65 | 7,001.08 | 0.00 | 0.00 |
| Checking # ***-*****00-66 | 0.00 | 7,001.08 | 0.00 |
| | $7,001.08 | $7,001.08 | $0.00 |

{} Asset reference(s)   Printed: 02/10/2010 12:30 PM   V.11.54

**JPMorganChase**

July 01, 2009 through July 31, 2009

Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079

**IMAGES**




007180960728 JUL 30 #0000000101 $985.00

451090868-07-29-2803>871923387<

007180960728 JUL 30 #0000000101 $985.00

Page 4 of 4

**JPMorganChase**

December 01, 2009 through December 31, 2009
Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079

IMAGES





002880251911 DEC 23 #0000000102 $1,450.11



002880251911 DEC 23 #0000000102 $1,450.11



002880251912 DEC 23 #0000000103 $1,136.25



002880251912 DEC 23 #0000000103 $1,136.25

December 01, 2009 through December 31, 2009
Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079



002880251913 DEC 23 #0000000104 $76.49



002880251913 DEC 23 #0000000104 $76.49



003980759803 DEC 22 #0000000105 $2,242.20



003980759803 DEC 22 #0000000105 $2,242.20

**JPMorganChase**

January 01, 2010 through January 29, 2010

Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079

**IMAGES**





008290573732 JAN 11 #0000000107 $87.09



008290573732 JAN 11 #0000000107 $87.09



JPMorganChase

December 01, 2009 through December 31, 2009

Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079



008690884371 DEC 22 #0000000106 $136.83



008690884371 DEC 22 #0000000106 $136.83



002380913490 DEC 23 #0000000108 $487.85



002380913490 DEC 23 #0000000108 $487.85

Case 09-71079 Doc 47 Filed 03/03/10 Entered 03/03/10 10:00:07 Desc Main Document Page 14 of 15



**JPMorganChase**

December 01, 2009 through December 31, 2009

Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079



002080245693 DEC 21 #0000000109 $108.26



002080245693 DEC 21 #0000000109 $108.26



002080245692 DEC 21 #0000000110 $212.97



002080245692 DEC 21 #0000000110 $212.97



Page 7 of 8

**JPMorganChase**

December 01, 2009 through December 31, 2009

Primary Account: **000312195160065**

ACCOUNT # 000312195160066
SNYDER SUSAN M
09-71079





006380792410 DEC 30 #0000000111 $78.03



006380792410 DEC 30 #0000000111 $78.03

Page 8 of 8